**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIK EDGARDO SANTOS-ALVARADO,<br><br>        Petitioner,<br><br>    v.<br><br>ADMINISTRATOR, DESERT VIEW FACILITY, *et al.*,<br><br>        Respondents. | Case No.  5:26-cv-02286-MWF-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondents' Response, Dkt. No. 9; Petitioner's Reply, Dkt. No. 12; the June 4, 2026 Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 14; and all of the records and files herein.  The deadline for filing objections to the Report has passed, and no objections have been received.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

IT IS HEREBY ORDERED that:

(1)  The Petition is GRANTED IN PART;

(2) Respondents are ENJOINED from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a reasoned decision if bond is denied; and

(3) Respondents are ORDERED to file a status report within ten (10) days of the Court's Order substantiating compliance.

DATED: June 22, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2