**JS-6**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK EDGARDO SANTOS-ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>ADMINISTRATOR, DESERT VIEW FACILITY, *et al*.,<br><br>Respondents. | Case No. 5:26-cv-02286-MWF-RAO<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: June 22, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge